UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JESUS LUIS MORRELL,

Defendant.

26-CR-362 (DEH)

SCHEDULING ORDER

DALE E. HO, United States District Judge:

It is hereby **ORDERED** that the parties appear for an arraignment and pretrial conference with the Court on **August 27, 2026**, at **4:00 p.m.**, in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: August 24, 2026
New York, New York

DALE E. HO
United States District Judge