UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JESUS LUIS MORELL,

Defendant.

26-CR-362 (DEH)

ORDER

DALE E. HO, United States District Judge:

Upon consideration of Defendant Jesus Luis Morell's Motion to Withdraw Adam M. King as Counsel of Record, the Court finds that good cause has been shown for the granting of the Motion.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED.** The Clerk of Court is respectfully directed to terminate Adam M. King as Defendant's counsel in this matter and close ECF No. 21.

SO ORDERED.

Dated: October 27, 2026
New York, New York

DALE E. HO
United States District Judge